1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  RICHARD C. CHENG (CSBN 135992)
   Assistant U. S. Attorney
5
6      150 Almaden Boulevard, 9th Floor
       San Jose, California 95113
7      Telephone: (408) 535-5032
       Fax: (408) 535-5066
8      e-mail: richard.cheng@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal Case No. CR 09-00670-JW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION OF PARTIES |
| | ) | FOR CONTINUANCE OF |
| v. | ) | SENTENCING HEARING |
| | ) | AND [PROPOSED] ORDER |
| MICHAEL DADDONA, | ) | |
| | ) | San Jose Venue |
| Defendant. | ) | |

With the agreement of the parties, and with the consent of the defendant Michael Daddona, the Court enters this order setting a new status / disposition hearing for the defendant Michael Daddona for February 22, 2010 at 1:30 p.m. The parties agree, and the Court finds and holds, as follows:

1. The defendant Michael Daddona was indicted on July 1, 2009 for Conspiracy to Commit Mail and Wire Fraud; Trafficking in Counterfeit Goods; Mail Fraud; Wire Fraud, Conspiracy to Commit Money Laundering and Money Laundering The defendant self-surrendered and was arraigned on the Indictment on September 2, 2009. His first appearance before the District Court was September 26, 2009.

1  2. A status conference date was previously set for November 2, 2009 at 1:30 p.m. before this Court, and thereafter the parties requested the re-setting of the date by stipulation to January 25, 2010 at 1:30 p.m. To date, the Government has provided discovery to the Defendant, but have yet to complete discovery of the report from the Defendant's interview conducted prior to his indictment.

3. Counsel for the Government and the Defendant have been in regular communications regarding potential resolution of the pending charges against the Defendant which also includes potential cooperation at the trial of co-defendant David Foley. The parties believe that a resolution is likely, however additional time is necessary for the terms of the plea agreement to be finalized and approved by both parties.

4. The parties jointly request a status/disposition date be set by the Court for February 22, 2010 at 1:30 p.m..

5. The parties, including defendant Michael Daddona agree to a waiver of time for the purposes of the Speedy Trial Act and specifically agree that the period of time between January 25, 2010 through February 22, 2010 may be excluded in light of the need for additional time for adequate defense preparation and resolution of the case.

SO STIPULATED.                                    JOSEPH P. RUSSONIELLO
                                                  United States Attorney

DATED:  1-21-2010                                          /S/
                                                  RICHARD C. CHENG
                                                  Assistant U.S. Attorney

DATED: _1-21-2010____                                      /S/
                                                  GEORGE WALKER, ESQ.
                                                  Attorney for Defendant

1
2
3
4
5
6
7                             UNITED STATES DISTRICT COURT
8                            NORTHERN DISTRICT OF CALIFORNIA

9    UNITED STATES OF AMERICA,          )     Criminal Case No. CR 09-00670-JW
                                        )
10                Plaintiff,            )
                                        )     ORDER CONTINUING STATUS HEARING
11                                      )
          v.                            )
12                                      )
     MICHAEL DADDONA,                   )
13                                      )
                  Defendant.            )
14   _____)

15        For the reasons stated in the parties Stipulation To Continue Staus hearing and for good cause

16   shown, the Court sets a status and disposition date of February 22, 2010, at 1:30 p.m.

17   The previous stipulation (Docket Item No. 22) is found as MOOT.   Time is excluded from January 25, 2010 through

18   February 22, 2010 as stipulated by the parties.

19
          DATED: January 22, 2010                    /s/ James Ware
20                                                   HON. JAMES WARE
                                                     United States District Judge
21
22
23
24
25
26
27
28