# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME: 10 mins**

## CRIMINAL MINUTES

Judge: Edward J. Davila                    Courtroom Deputy: Elizabeth Garcia
Date:  June 13, 2011                       Court Reporter: Irene Rodriguez
Case No.: CR-09-00670 EJD                  U.S. Probation Officer: N/A
Related Case No.: N/A                      U.S. Pretrial Services Officer: N/A
                                           Interpreter:   N/A

## TITLE

**USA v.  David Foley (NC)(1)(Present)**
**Michael Doddona (NC)(2)(Not present)**

Attorney(s) for Plaintiff(s):
Attorney(s) for Defendant(s):

## PROCEEDINGS

**Status Hearing**

## ORDER AFTER HEARING

Hearing held.  The Court referred the parties out for settlement conference.  The Court to contact colleague judges for settlement referral.   The Court set the following pretrial and trial dates:
1. Final Pretrial Conference set for December 19, 2011 at 1:30 PM
2. Jury Selection set for January 9, 2012 at 9:00 AM - 12:00 PM
3. Jury Trial set for
January 10, 2012 through January 11, 2012 at  9:00 AM - 12:00 PM, 1:30 PM - 4:30 PM
January 12, 2012 at 9:00 AM - 12:00 PM
January 17, 2012 through January 18, 2012 at  9:00 AM - 12:00 PM, 1:30 PM - 4:30 PM
January 19, 2012 at  9:00 AM - 12:00 PM
January 23, 2012 at  9:00 AM - 12:00 PM
January 24, 2012 through January 25, 2012 at  9:00 AM - 12:00 PM, 1:30 PM - 4:30 PM
January 26, 2012 at  9:00 AM - 12:00 PM
January 30, 2012 at 9:00 AM - 12:00 PM
January 31, 2012 through February 1, 2012 at  9:00 AM - 12:00 PM, 1:30 PM - 4:30 PM
February 2, 2012 at 9:00 AM - 12:00 PM
Time is excluded from June 13, 2011 through January 9, 2012 for effective preparation of counsel, anticipated Defense motions and trial preparation.

*Elizabeth C. Garcia*
**Elizabeth C. Garcia**
**Courtroom Deputy**
**Original: Efiled**
**CC: J Younger**