Alan A. Dressler, Esq. (SBN 56916)
400 Montgomery St., Ste 200
San Francisco, CA 94104
Tel. (415) 421-7980
Fax (415) 421-7021
E-Mail: alandressler@aol.com

Attorney for Defendant Michael Daddona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID FOLEY and MICHAEL DADDONA,<br><br>　　　　　Defendants. | No. 09-00670 EJD<br><br>**NOTICE OF APPEARANCE** |

TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD

I am admitted or otherwise authorized to practice in this court, and I appear in this case as co-counsel for defendant Michael Daddona.

Dated: June 28, 2011　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　Alan A. Dressler
　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　Michael Daddona