1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE (CABN 150630)
3   Criminal Chief

4   SUSAN KNIGHT (CABN 209013)
    HANLEY CHEW (CABN 189985)
5   Assistant United States Attorneys

6       150 Almaden Blvd., Suite 900
        San Jose, California 95113
7       Telephone:  (408) 535-5061
        FAX: (408) 535-5066
8       E-Mail: Susan.Knight@usdoj.gov
                Hanley.Chew@usdoj.gov
9
    Attorneys for Plaintiff
10

11

12                     UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                          SAN JOSE DIVISION

15  UNITED STATES OF AMERICA,        )   No. CR 09-00670 EJD
                                     )
16          Plaintiff,               )
                                     )
17              v.                   )   STIPULATION AND [PROPOSED]
                                     )   ORDER CONTINUING CONTINUING
18  MICHAEL DADDONA,                 )   DEFENDANT'S SENTENCING FROM
                                     )   JUNE 3, 2013 TO JULY 15, 2013
19          Defendant.               )
                                     )
20  _____ )

21          The parties, including the defendant, stipulate as follows:

22  1.      The sentencing for defendant Michael Daddana ("defendant") is currently scheduled for

23  June 3, 2013.

24  2.      The parties are waiting for the outcome of co-defendant David Foley's sentencing, which

25  may impact defendant's sentencing.  Co-defendant Foley's sentencing has been continued to

26  June 10, 2013.

27  3.      Defense counsel and defendant have also not had the opportunity to be interviewed by

28  the Probation Office, which has delayed the issuance of the Presentence Report (PSR).  The

defendant and defense counsel will need additional time to review the PSR when it is issued.
The assigned Probation Officer is available on July 15, 2013 and does not object to the
continuance.  In addition, defendant and defense counsel need additional time to investigate
other matters to prepare for sentencing.

IT IS SO STIPULATED:                    MELINDA HAAG
                                        United States Attorney

DATED: 3/27/13                          _____/s/_____
                                        SUSAN KNIGHT
                                        HANLEY CHEW
                                        Assistant United States Attorneys


DATED:3/27/13                           _____/s/_____
                                        ALAN DRESSLER
                                        Counsel for Defendant
                                        MICHAEL DADDONA


## ORDER

    Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing
currently scheduled for June 3, 2013 be continued to July 15, 2013. at 1:30 PM

IT IS SO ORDERED.


DATED:____3/28/2013____                 _____
                                        HONORABLE EDWARD J. DAVILA
                                        United States District Judge