1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON  (DCBN 41241)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CABN 209013)
   HANLEY CHEW (CABN 189985)
5  Assistant United States Attorneys

6     150 Almaden Blvd., Suite 900
      San Jose, California 95113
7     Telephone:  (408) 535-5061
      FAX: (408) 535-5066
8     E-Mail: Susan.Knight@usdoj.gov
              Hanley.Chew@usdoj.gov
9
10 Attorneys for Plaintiff

11

                    UNITED STATES DISTRICT COURT
12
                 NORTHERN DISTRICT OF CALIFORNIA
13
                        SAN JOSE DIVISION
14

15 UNITED STATES OF AMERICA,        )   No. CR 09-00670 EJD
                                    )
16          Plaintiff,              )
                                    )   STIPULATION AND [PROPOSED]
17          v.                      )   ORDER CONTINUING DEFENDANT'S
                                    )   SENTENCING FROM AUGUST 12, 2013
18 MICHAEL DADDONA,                 )   TO OCTOBER 21, 2013
                                    )
           Defendant.               )
19                                  )
   _____)
20

21         The parties, including the defendant, stipulate as follows:

22 1.      The sentencing for defendant Michael Daddana ("defendant") is currently scheduled for

23 August 12, 2013.

24 2.      The parties are waiting for the outcome of co-defendant David Foley's sentencing, which

25 may impact defendant's sentencing.  Co-defendant Foley's sentencing is scheduled for July 29,

26 2013.  In addition, due to a misunderstanding, the Probation Office has not yet had the

27 opportunity to interview the defendant to complete the Presentence Report.  The defendant and

28 defense counsel will need additional time to review the Presentence Report when it is completed

1    and issued.

2    3.      The Probation Office does not oppose a continuance to October 21, 2013.

3

4    IT IS SO STIPULATED:                    MELINDA HAAG
                                             United States Attorney

5    DATED: July 1, 2013                     _____/s/_____

6                                            SUSAN KNIGHT
                                             HANLEY CHEW

7                                            Assistant United States Attorneys

8    DATED: July 1, 2013                           /s/

9                                            _____
                                             ALAN DRESSLER

10                                           Counsel for Defendant
                                             MICHAEL DADDONA

11

12                                 **ORDER**

13        Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing

14   currently scheduled for August 12, 2013 in the above-captioned case be continued to October 21,

15   2013 at 1:30 PM.

16

17   IT IS SO ORDERED.

18

19   DATED: _____7/3/2013_____        _____

20                                    HONORABLE EDWARD J. DAVILA
                                      United States District Judge

21

22

23

24

25

26

27

28