**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7    IN THE UNITED STATES DISTRICT COURT
8    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9    SAN JOSE DIVISION
10   UNITED STATES OF AMERICA,                    CASE NOS. 5:09-cr-00670 EJD;
                                                   5:11-cr-00554 EJD
11
          Plaintiff(s),                           **ORDER DENYING DEFENDANT'S
12   v.                                           MOTIONS FOR CORRECTION OF
                                                  CLERICAL ERROR IN FINAL
13   DAVID RUSSELL FOLEY,                         JUDGMENT**
14
          Defendant(s).
15   _____/
16       Defendant's Motions for Correction of Clerical Error in Final Judgment (see Docket Item
17   No. 254 in 5:09-cr-00670 EJD; Docket Item Nos. 128, 129 in 5:11-cr-00554 EJD) are DENIED.
18
19   **IT IS SO ORDERED.**
20
21   Dated:  January 29, 2014
                                                   EDWARD J. DAVILA
22                                                 United States District Judge
23
24
25
26
27
28
                                            1
     CASE NOS. 5:09-cr-00670 EJD; 5:11-cr-00554 EJD
     ORDER DENYING DEFENDANT'S MOTIONS FOR CORRECTION OF CLERICAL ERROR IN FINAL
     JUDGMENT