UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***
**TOTAL TIME**: 1 hour

## CRIMINAL MINUTES

**Judge:** Edward J. Davila  **Courtroom Deputy:** Elizabeth Garcia
**Date:** July 21, 2014  **Court Reporter:** Irene Rodriguez
**Case No.:** CR-09-00670-EJD  **U.S. Probation Officer:** Benjamin Flores
**Related Case No.:** N/A  **U.S. Pretrial Services Officer:** N/A
 **Interpreter:** N/A

### CASE TITLE

USA v. Michael Daddona (NC)(P)

### APPEARANCES

**Attorney(s) for Government**: Hanley Chew, Susan Knight
**Attorney(s) for Defendant(s)**: Alan Dressler

### PROCEEDINGS

Sentencing Proceedings

### ORDER AFTER HEARING

Hearing held. The Court sentenced the defendant as to Counts One and Forty-Three of the Superseding Indictment. The Court committed the defendant to a 12 month split sentence which includes 2 months BOP custody, 10 months HCEM as to each count, each count to run concurrently to each other; THREE (3) years supervised release as to each count, each count to run concurrently to each other, $200 special assessment, $5,000 fine. The defendant shall self-surrender on September 18, 2014. The Government moves to dismiss all remaining counts and exonerate the bond when the defendant self-surrenders. The Court GRANTS the request.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

Elizabeth C. Garcia
Courtroom Deputy
Original: Efiled- C. Escolano
CC: